CHARLES WARNER et al., Appellants, v. THE NEW
YORK, ONTARIO AND WESTERN RAILWAY COMPANY,
Respondent.

*Appeal — unanimous reversal of order setting aside verdict and granting
new trial — appeal therefrom dismissed.*

*Warner* v. *N. Y., Ontario & Western Ry. Co.*, 209 App. Div. 211,
appeal dismissed.

(Submitted September 29, 1924; decided October 7, 1924.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the fourth
judicial department, entered May 12, 1924, upon an
order which unanimously reversed an order of the court
at a Trial Term setting aside a verdict and granting a
new trial and reinstated said verdict.

The motion was made upon the ground that permission to appeal had not been obtained.

*Charles J. Yorkey* for motion.

*Charles R. Coville* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.